THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEI HOLDINGS, INC., f/k/a Delivery Express, Inc., a Washington corporation; DAVID HAMILTON, a Washington resident,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN EXPEDITING LOGISTICS, LLC, a Pennsylvania limited liability company,<br><br>Defendant. | Case No. 2:24-cv-01871-JCC<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: November 19, 2024 |

This matter came before the Court upon the parties' Stipulated Motion for Extension of Time for Defendant to Respond to Complaint. *See* Dkt. #9. For good cause shown, the Court GRANTS the Motion. The new deadline for Defendant to respond to Plaintiffs' Complaint is December 10, 2024.

IT IS SO ORDERED.

DATED this 19th day of November 2024.

*/s/ John C. Coughenour*

_____
Honorable John C. Coughenour
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT - 1
CASE NO. 2:24-cv-01871-JCC

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

LANE POWELL PC

*/s/Joseph Q. Ridgeway*
Priya B. Vivian, WSBA No. 51802
Joseph Q. Ridgeway, WSBA No. 53438
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
vivianp@lanepowell.com
ridgewayj@lanepowell.com

Attorneys for Defendant American Expediting Logistics, LLC

KETTER SHEPPARD & JACKSON, LLC

*/s/Andrew D. Shafer*
Andrew D. Shafer, WSBA No. 9405
50 – 116th SE, Suite 201
Bellevue, Washington 98004
Telephone: 206.330.2054
Email: ashafer@sksp.com

Attorneys for Plaintiffs DEI Holdings, Inc., f/k/a Delivery Express, Inc., and David Hamilton

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT - 2
CASE NO. 2:24-cv-01871-JCC

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107