THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEI HOLDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN EXPEDITING LOGISTICS, LLC, <br><br> Defendant. | CASE NO. C24-1871-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation of stay and notice of settlement (Dkt. No. 15). Accordingly, all deadlines are STRICKEN. The parties are DIRECTED to file a joint status report or stipulation of dismissal within sixty (60) days of this Order.

DATED this 31st day of December 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-1871-JCC
PAGE - 1